UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINSTON BUSH,

    Plaintiff,
v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 12-11790

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R. GRAND

## ORDER AND JUDGMENT ADOPTING REPORT AND RECOMMENDATION [12] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8]

On January 25, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation [12] that Defendant Commissioner of Social Security's Motion for Summary Judgment [11] be GRANTED and Plaintiff Winston Bush's Motion for Summary Judgment [8] be DENIED. Plaintiff has not filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [11] is **GRANTED**. Plaintiff's Motion for Summary Judgment [8] is **DENIED**.

All issues having been resolved, this case is closed.

    **SO ORDERED**.

                                  s/Arthur J. Tarnow
                                  ARTHUR J. TARNOW
                                  SENIOR U.S. DISTRICT JUDGE

Dated: April 23, 2013